UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DISNEY ENTERPRISES, INC.,

    Plaintiff,

v.                                                     CASE NO: 8:07-cv-1557-T-26MSS

STAR TRADING INTERNATIONAL, INC.,
HEE S. PARK, JIN PARK and JOHN V.
TORTORELLO,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged as follows:

1) Plaintiff's Motion to Strike Defendant, Star Trading International, Inc.'s Answer to Complaint (Dkt. 16) is granted because under Eleventh Circuit precedent a corporate entity must be represented by an attorney. See Palazzo v. Gulf Oil Corp, 764 F.2d 1381, 1385 (11th Cir. 1985). In this case, the corporate Defendant's answer was filed by a non-lawyer. Moreover, the fact that the person who submitted the answer may be an officer or shareholder of the corporate Defendant still does not allow him to represent the corporate Defendant. Id.

2) Defendant, Star Trading International, Inc., shall file an answer through counsel on or before February 4, 2008.

3) The Clerk shall mail a copy of this order to the corporate Defendant at the following address: 19330 Seacove Lane, Lutz, Florida 33558.

**DONE AND ORDERED** at Tampa, Florida, on January 3, 2008.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record